AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE )<br>Plaintiff )<br>v. )<br>ELECTRONIC ARTS INC. )<br>Defendant ) | Civil Action No.<br><br>C08-02820  ADR  JL |

## Summons in a Civil Action

To:   ELECTRONIC ARTS INC.
       *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN - 5 2008

Richard W. Wieking
Name of clerk of court

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHANA E. SCARLETT, ESQ. (217895)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| | Ref. No. Or File No.<br>W2497788 | |
| Attorneys for: PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>GEOFFREY PECOVER, et al. | | |
| Defendant:<br>ELECTRONIC ARTS INC. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 08-2820 JL ADR |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO US DISTRICT COURT; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : ELECTRONIC ARTS INC.

By Serving : SYLVIE STULIC, Paralegal/Authorized to Accept Service of Process

Address : 207 Redwood Shores Parkway, Redwood City, California 94065
Date & Time : Friday, June 6, 2008 @ 9:48 a.m.
Witness fees were : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 382
  (3) County: San Francisco
  (4) Expires: 1/9/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2008         Signature: _____
                                        Stephen Sabol


Printed on recycled paper