SHANA SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

STUART M. PAYNTER (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 JL<br><br>DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br><br><br><br>ACTION FILED: June 5, 2008 |

010017-11 244956 V1

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  June 13, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ Shana E. Scarlett
      SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:  (866) 734-0622
stuart@smplegal.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiff

DECLINATION TO PROCEED BEFORE MAG. JUDGE , REQ. REASSIGNMT TO U. S. DIST. JUDGE – NO. 08-cv-02820 JL      - 1 -
010017-11  244956 V1

- 2 -

**CERTIFICATE OF SERVICE**

1. I hereby certify that on June 13, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

2. I hereby certify that on June 13, 2008, I caused the foregoing to be served by hand delivery to:

> Stephen G. Bene
> Registered Agent for Service of Process for Electronic Arts, Inc.
> 209 Redwood Shores Parkway
> Redwood City, CA 94065

                                   /s/ Shana E. Scarlett
                                   SHANA E. SCARLETT

DECLINATION TO PROCEED BEFORE MAG. JUDGE , REQ. REASSIGNMT TO U. S. DIST. JUDGE – NO. 08-cv-02820 JL

010017-11 244956 V1

# Mailing Information for a Case 3:08-cv-02820-JL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stuart Mckinley Paynter
Attorney at Law
1200 G Street N.W.
Suite 800
Washington, DC 20005
```