SHANA SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

STUART M. PAYNTER (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

FILED
08 JUN 13 PM 2:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 JL<br><br>APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>ACTION FILED: June 5, 2008 |

010017-11 244949 V1

1  Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of
2  the United States District Court for the Western District of Washington, hereby applies for
3  admission to practice in the Northern District of California on a *pro hac vice* basis representing
4  Plaintiffs Geoffrey Pecover and Jeffrey Lawrence in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1.  I am an active member in good standing of a United States Court or of the highest
7  court of another State or the District of Columbia, as indicated above;

8  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11 3.  An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

18  I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th
19 day of June, 2008, at Seattle, Washington.

22  Dated: June 13, 2008

STEVE W. BERMAN

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF    - 1 -
ATTORNEY *PRO HAC VICE* – NO. 07-cv-02820 JL
010017-11 244949 V1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I caused the foregoing to be served by hand delivery to:

Stephen G. Bene
Registered Agent for Service of Process for Electronic Arts, Inc.
209 Redwood Shores Parkway
Redwood City, CA 94065

*Nancy Quon*
NANCY QUON