**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

**June 17, 2008**

**CASE NUMBER:  CV 08-02820 JL**
**CASE TITLE:  GEOFFREY PECOVER-v-ELECTRONIC ARTS INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/17/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                                Entered in Computer 6/17/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA