LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS INC., a Delaware Corporation <br><br> Defendant. | CASE NO. C 08-02820 VRW <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Electronic Arts Inc. and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

>
> Daniel M. Wall
> Timothy L. O'Mara
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California  94111-6538
> Telephone:  (415) 391-0600
> Facsimile:  (415) 395-8095
> Email: Dan.Wall@lw.com
> Email: Tim.Omara@lw.com

Dated:  June 19, 2008

Respectfully Submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara

By _____/s/ Timothy L. O'Mara_____
Timothy L. O'Mara
Attorneys for Defendant
ELECTRONIC ARTS INC.

SF\659919