```
LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Tim.OMara@lw.com


Attorneys for Defendant
ELECTRONIC ARTS INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[CIVIL LOCAL RULE 6-1]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW

1  WHEREAS, the Complaint in this case was filed on June 5, 2008;

2  WHEREAS, the Complaint was served on Electronic Arts Inc. ("Defendant') on

3  June 6, 2008;

4  WHEREAS, Defendant is required to answer or otherwise respond to the

5  Complaint by June 26, 2008;

6  WHEREAS, Defendant has requested an extension to answer or otherwise

7  respond, from June 26, 2008 to July 25, 2008; and

8  WHEREAS, Plaintiffs have agreed to Defendant's request; and

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

10 undersigned counsel for the parties as follows:

11  1.  Defendant shall answer or otherwise respond to Plaintiffs' Complaint by

12 July 25, 2008.

13 **IT IS SO STIPULATED.**

14 Dated: June 19, 2008                              Respectfully Submitted,

15                                                  LATHAM & WATKINS LLP
                                                    Daniel M. Wall
16                                                  Timothy L. O'Mara

17

18                                                  By _____/s/ Timothy L. O'Mara_____
                                                    Timothy L. O'Mara
19                                                  Attorneys for Defendant
                                                    ELECTRONIC ARTS INC.

20
   Dated: June 19, 2008                              Respectfully Submitted,
21
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
22                                                   Shana Scarlett

23
                                                    THE PAYNTER LAW FIRM PLLC
24                                                   Stuart M. Paynter

25                                                  By _____/s/ Shana Scarlett_____
                                                    Shana Scarlett
26                                                  Attorneys for Plaintiffs
                                                    G. PECOVER and J. LAWRENCE.
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION ENLARGING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT pursuant to Civil Local Rule 6-1. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated:  June 19, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
　Daniel M. Wall
　Timothy L. O'Mara

By _____/s/ Timothy L. O'Mara_____
　Timothy L. O'Mara
　Attorneys for Defendant
　ELECTRONIC ARTS INC.

SF\659851

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW