| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Timothy L. O'Mara (Bar No. 212731) |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
| | Telephone:  (415) 391-0600 |
| 4 | Facsimile:  (415) 395-8095 |
| | Email:  Dan.Wall@lw.com |
| 5 | Email:  Tim.OMara@lw.com |

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. C 08-02820 VRW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| ELECTRONIC ARTS INC., a Delaware Corporation | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **June 19, 2008**, I served the following document(s) described as:

- **NOTICE OF APPEARANCE; and**
- **STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

to the party listed below and in the following manner described preceding each list of recipients:

## BY NOTICE OF ELECTRONIC FILING

I hereby certify that I electronically filed the aforementioned documents(s) with the Clerk of the Court using the CM/ECF system of the United States District Court, Northern District of California, Case No. C 08-02820 VRW:

- Steve W. Berman             steve@hbsslaw.com
- Shana E. Scarlett           shanas@hbsslaw.com

by serving true copies of the above-described document(s) in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Stuart Mckinley Paynter
Attorney at Law
1200 G Street N.W., Suite 800
Washington, DC 20005

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 19, 2008**, at San Francisco, California.

*/s/ Linda C. Tam*
Linda C. Tam