
1  SHANA SCARLETT (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  shanas@hbsslaw.com

5  STUART M. PAYNTER (226147)
   THE PAYNTER LAW FIRM PLLC
6  1200 G Street N.W., Suite 800
   Washington, DC 20005
7  Telephone: (202) 626-4486
   Facsimile: (866) 734-0622
8  stuart@smplegal.com

9  Attorneys for Plaintiffs

10  [Additional counsel listed on signature page]

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14
   GEOFFREY PECOVER and JEFFREY            )   No. 08-cv-02820 VRW
15 LAWRENCE, on behalf of themselves and a )
   class of person similarly situated,     )   [AMENDED] APPLICATION OF
16                                          )  STEVE W. BERMAN FOR ADMISSION
                            Plaintiffs,    )   OF ATTORNEY PRO HAC VICE
17                                          )
            v.                              )
18                                          )
   ELECTRONIC ARTS, INC., a Delaware       )   ACTION FILED: June 5, 2008
19 Corporation,                             )
                                            )
20                          Defendant.      )
                                            )
21

22                          IT IS SO ORDERED

23

24                          VAUGHN R. WALKER
                            UNITED STATES DISTRICT JUDGE
25
                            2 July 2008
26                          DATE

27

28

010017-11 244949 V1

ORIGINAL FILED
JUL - 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1    Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of the United States District for the Western District of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Geoffrey Pecover and Jeffrey Lawrence in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June 2008, at Seattle, Washington.

Dated: June 30, 2008

_____
STEVE W. BERMAN

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF    - 1 -
ATTORNEY *PRO HAC VICE* – NO. 07-cv-02820 VRW
010017-11 244949 V1

**DECLARATION OF SERVICE**

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On July 1, 2008, declarant served the foregoing document on all interested parties in this action.

[X] BY MAIL

By placing a true copy thereof enclosed in sealed envelopes addressed to the following addresses:

> Timothy L. O'Mara
> LATHAM & WATKINS
> 505 Montgomery Street, Suite 1900
> San Francisco, CA 94111-2562
> Attorney for Defendant Electronic Arts, Inc.
>
> Stuart M. Paynter
> THE PAYNTER LAW FIRM PLLC
> 1200 G Street N.W., Suite 800
> Washington, DC 20005
> Attorney for Plaintiffs

That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Berkeley, California in the ordinary course of business.

_____
NANCY QUON

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF   - 2 -
ATTORNEY *PRO HAC VICE* – NO. 07-cv-02820 VRW
010017-11 244949 V1