1  SHANA SCARLETT (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  shanas@hbsslaw.com

5  STUART M. PAYNTER (226147)
   THE PAYNTER LAW FIRM PLLC
6  1200 G Street N.W., Suite 800
   Washington, DC 20005
7  Telephone: (202) 626-4486
   Facsimile: (866) 734-0622
8  stuart@smplegal.com

9  Attorneys for Plaintiffs

10 [Additional counsel listed on signature page]

RECEIVED JUL - 1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>**[AMENDED]** [PROPOSED] ORDER GRANTING STEVE W. BERMAN ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>ACTION FILED: June 5, 2008 |

010017-11 245139 V1

1      STEVE W. BERMAN, an active member in good standing of the United States District

2  Court for the Western District of Washington, whose business address and telephone number is:

3                Hagens Berman Sobol Shapiro LLP
                  1301 Fifth Avenue, Suite 2900

4                    Seattle, WA, 98101
                  Telephone: (206) 268-9332

5

6  having applied in the above-entitled action for admission to practice in the Northern District of

7  California on a *pro hac vice* basis, representing Plaintiffs Geoffrey Pecover and Jeffrey Lawrence.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

9  *vice*. Service of papers upon and communication with co-counsel designed in the application will

10  constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13      Dated: _____

14

15                                        VAUGHN R. WALKER
                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On July 1, 2008, declarant served the foregoing document on all interested parties in this action.

[X] BY MAIL

By placing a true copy thereof enclosed in sealed envelopes addressed to the following addresses:

> Timothy L. O'Mara
> LATHAM & WATKINS
> 505 Montgomery Street, Suite 1900
> San Francisco, CA 94111-2562
> Attorney for Defendant Electronic Arts, Inc.
>
> Stuart M. Paynter
> THE PAYNTER LAW FIRM PLLC
> 1200 G Street N.W., Suite 800
> Washington, DC 20005
> Attorney for Plaintiffs

That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Berkeley, California in the ordinary course of business.

_____
NANCY QUON

[PROP] ORD. GRANTING STEVE W. BERMAN ADMISSION     - 2 -
OF ATTORNEY *PRO HAC VICE* – NO. 08-cv-02820 VRW
010017-11 245139 V1