1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
5  Email:   Tim.OMara@lw.com

6
   Attorneys for Defendant
7  ELECTRONIC ARTS INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[CIVIL LOCAL RULE 6-1]** |
|---|---|

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW

1  WHEREAS, the Complaint in this case was filed on June 5, 2008;

2  WHEREAS, the Complaint was served on Electronic Arts Inc. ("Defendant') on

3  June 6, 2008;

4  WHEREAS, on June 16, 2008 the parties filed a Stipulation Enlarging Time to

5  Answer or Otherwise Respond to Plaintiffs' Complaint, enlarging the time to answer or

6  otherwise respond from June 26, 2008 to July 25, 2008;

7  WHEREAS, Defendant has requested an additional extension to answer or

8  otherwise respond to Plaintiffs' Complaint, from July 25, 2008 to August 25, 2008; and

9  WHEREAS, Plaintiffs have agreed to Defendant's request; and

10  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

11  undersigned counsel for the parties as follows:

12  1.  Defendant shall answer or otherwise respond to Plaintiffs' Complaint by

13  August 25, 2008.

14  **IT IS SO STIPULATED.**

15  Dated: July 17, 2008           Respectfully Submitted,

16                                 LATHAM & WATKINS LLP
                                     Daniel M. Wall
17                                   Timothy L. O'Mara

18
                                   By _____/s/ Timothy L. O'Mara_____
19                                     Timothy L. O'Mara
                                       Attorneys for Defendant
20                                     ELECTRONIC ARTS INC.

21
    Dated: July 17, 2008           Respectfully Submitted,
22
                                   HAGENS BERMAN SOBOL SHAPIRO LLP
23                                   Shana Scarlett

24
                                   THE PAYNTER LAW FIRM PLLC
25                                   Stuart McKinley Paynter

26                                 By _____/s/ Stuart McKinley Paynter_____
                                       Stuart McKinley Paynter
27                                     Attorneys for Plaintiffs
                                       G. PECOVER and J. LAWRENCE.
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW

## ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION ENLARGING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT pursuant to Civil Local Rule 6-1. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Stuart McKinley Paynter.

Dated: July 17, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara

By  /s/ Timothy L. O'Mara
  Timothy L. O'Mara
  Attorneys for Defendant
  ELECTRONIC ARTS INC.

SF\663906

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION ENLARGING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CASE NO. C-08-02820 VRW