1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2     Timothy L. O'Mara (Bar No. 212731)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Dan.Wall@lw.com
5  Email: Tim.OMara@lw.com

6  Attorneys for Defendant
   ELECTRONIC ARTS INC.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | GEOFFREY PECOVER and JEFFREY | CASE NO. C 08-02820 VRW
   | LAWRENCE,                    |
12 |                              | **ADR CERTIFICATION BY DEFENDANT**
   |                              | **ELECTRONIC ARTS INC. AND COUNSEL**
13 |         Plaintiffs,          |
14 |    v.                        |
15 |                              |
16 | ELECTRONIC ARTS INC.,        |
17 |         Defendant.           |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADR CERTIFICATION BY
DEFENDANT AND COUNSEL
CASE NO. C 08-02820 VRW

1  Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned
2  certifies that he or she has:
3     (1)  Read the handbook entitled "*Dispute Resolution Procedures in the*
4  *Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.;
5     (2)  Discussed the available dispute resolution options provided by the Court
6  and private entities; and
7     (3)  Considered whether this case might benefit from any of the available
8  dispute resolution options.

10  Dated:  August 21, 2008                    Respectfully submitted,
11                                              ELECTRONIC ARTS INC.

13                                              By ____/s/ Jacob Schatz_____
                                                   Jacob Schatz
                                                   Vice President, Legal
14                                                 ELECTRONIC ARTS INC.

16  Dated:  August 21, 2008                    LATHAM & WATKINS LLP

19                                              By ____/s/ Timothy L. O'Mara_____
                                                   Timothy L. O'Mara
                                                   Attorneys for Defendant
20                                                 ELECTRONIC ARTS INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADR CERTIFICATION BY
DEFENDANT AND COUNSEL
CASE NO. C 08-02820 VRW

**ELECTRONIC CASE FILING ATTESTATION**
**(General Order No. 45(X)(B))**

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this ADR CERTIFICATION BY DEFENDANT ELECTRONIC ARTS INC. AND COUNSEL pursuant to ADR Local Rule 3-5 and Civil Local Rule 16-8. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Jacob Schatz.

Dated: August 21, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara

By    /s/ Timothy L.O'Mara
  Timothy L. O'Mara
  Attorneys for Defendant
  ELECTRONIC ARTS INC.

SF\667853

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADR CERTIFICATION BY
DEFENDANT AND COUNSEL
CASE NO. C 08-02820 VRW