LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>**DEFENDANT ELECTRONIC ARTS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[PURSUANT TO F.R.C.P. 7.1 AND N.D. CAL. LOCAL RULE 3-16]** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. C 08-02820 VRW

1        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Electronic Arts Inc. hereby discloses that it has no parent corporation, and that no public company owns more than ten percent of its stock..

4        Pursuant to Civil Local Rule 3-16, defendant Electronic Arts Inc. certifies that the following persons, associations of persons, firms, partnerships, corporations or other entities have a financial interest in the subject matter of this litigation, as defined by 28 U.S.C. § 455(d)(4):

    1.    Electronic Arts Inc. has a number of direct and indirect subsidiaries.

Dated: August 25, 2008        Respectfully Submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara


By    /s/ Timothy L. O'Mara
  Timothy L. O'Mara
  Attorneys for Defendant
  ELECTRONIC ARTS INC.

SF\667850

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. C 08-02820 VRW