LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
    Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Date:    December 4, 2008<br>Time:    2:30 P.M.<br>Place:    Courtroom 6, 17th Floor<br>Judge:    The Honorable Vaughn R. Walker |

     Defendant Electronic Art Inc.'s Motion to Dismiss ("Motion") came on regularly for

hearing on December 4, 2008. Having considered the papers filed in support of and in

opposition to the Motion and the arguments of counsel, and good cause being shown,

     **IT IS HEREBY ORDERED** that Defendant's Motion is GRANTED in its entirety.


Dated: _____


_____
THE HONORABLE VAUGHN WALKER
United States District Chief Judge

SF\668525

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING ELECTRONIC ART INC.'S
MOTION TO DISMISS CLASS ACTION COMPLAINT
CASE NO. C-08-02820 VRW