SHANA SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

STUART M. PAYNTER (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL<br><br><br><br>ACTION FILED: June 5, 2008 |

010017-11 258666 V1

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:
3  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern*
4  *District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.;
5  (2) Discussed the available dispute resolution options provided by the Court and private
6  entities; and
7  (3) Considered whether this case might benefit from any of the available dispute
8  resolution options.

9  DATED: August ___, 2008          Respectfully submitted,

GEOFFREY PECOVER

DATED: August 29, 2008

/s/ Jeffrey Lawrence
JEFFREY LAWRENCE

*Plaintiffs*

DATED: August 29, 2008          HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Shana E. Scarlett
SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP

1      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov.;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

DATED: August ___, 2008        Respectfully submitted,

_____
GEOFFREY PECOVER

_____
JEFFREY LAWRENCE

*Plaintiffs*

DATED: August ___, 2008        HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
        SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP

ADR CERT. BY PLS. AND COUNSEL    - 1 -
- NO. 08-CV-02820 VRW
010017-11 258666 V1

1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs*

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this ADR CERTIFICATION BY PLAINTIFFS AND COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Jeffrey Lawrence has concurred in this filing.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Shana E. Scarlett
      SHANA E. SCARLETT

ADR CERT. BY PLS. AND COUNSEL
– NO. 08-CV-02820 VRW
010017-11 258666 V1

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Timothy L. O'Mara**
  linda.tam@lw.com,tim.omara@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)