Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE BRIEFING ON MOTION FOR CLASS CERTIFICATION<br><br>ACTION FILED: June 5, 2008 |

010017-11 334316 V1

The parties hereto, through their respective counsel of record, hereby stipulate to the entry of the following Order regarding page limits applicable under the Local Rules in connection with the parties' class certification briefing:

WHEREAS, pursuant to the Court's September 9, 2009 order[1], Plaintiffs' motion in support of class certification is currently due November 9, 2009, Defendant's opposition to Plaintiffs' class certification motion is currently due January 28, 2010, and Plaintiffs' reply in support of class certification is currently due on February 26, 2010;

WHEREAS, pursuant to Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b) concerning page limitations, a motion and an opposition to a motion may not exceed 25 pages in length and the reply to the opposition may not exceed 15 pages of text;

WHEREAS, given the nature of the class certification briefing, the parties hereby seek an extension to the page limits;

WHEREAS Defendant does not oppose this request.

IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

1. Plaintiffs' memorandum in support of their motion for class certification shall not exceed 40 pages in length;

2. Defendant's memorandum in opposition to Plaintiffs' motion for class certification shall not exceed 40 pages in length; and

3. Plaintiffs' reply memorandum in support of motion for class certification shall not exceed 25 pages in length.

DATED: October 28, 2009  HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Shana E. Scarlett
      SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

---

[1] Stipulation and Order Extending Time for Plaintiffs' Motion for Class Certification (filed Sept. 4, 2009, Ct. Rec. 69).

| | |
|---|---|
| 1 | Stuart M. Paynter (226147) |
| | THE PAYNTER LAW FIRM PLLC |
| 2 | 1200 G Street N.W., Suite 800 |
| | Washington, DC 20005 |
| 3 | Telephone: (202) 626-4486 |
| | Facsimile: (866) 734-0622 |
| 4 | stuart@smplegal.com |
| 5 | Steve W. Berman (*Pro Hac Vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, WA 98101 |
| 7 | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| 8 | steve@hbsslaw.com |
| 9 | Attorneys for Plaintiffs |

DATED: October 28, 2009   LATHAM & WATKINS LLP

By _____/s/ Timothy L. O'Mara_____
   TIMOTHY L. O'MARA

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant Electronic Arts, Inc.

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE BRIEFING ON MOTION FOR CLASS CERTIFICATION. In compliance with General Order 45, X.B., I hereby attest that Timothy L. Mara has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/6/2009

_____
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

STIP. AND [PROP.] ORD. EXTENDING PAGE LIMITATIONS        - 2 -
FOR CLASS CERT. - 08-cv-02820 VRW
010017-11  334316 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                            /s/ Shana E. Scarlett
                                               SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Timothy L. O'Mara**
  linda.tam@lw.com,#sfdocket@lw.com,tim.omara@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)