1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY PECOVER and JEFFREY
LAWRENCE, on Behalf of Themselves      No   C 08-2820 VRW
and All Others Similarly
Situated,                              ORDER

      Plaintiffs,

      v

ELECTRONIC ARTS INC, a Delaware
Corporation,

      Defendant.

          The court is in receipt of defendant Electronic Arts Inc's administrative motion to file under seal certain confidential materials filed by plaintiffs (Doc #84), and plaintiffs' opposition (Doc #90). Electronic Arts Inc is ORDERED to file a reply to plaintiffs' opposition on or before December 21, 2009. In its reply, which shall be no longer than five pages, defendant should

address why the court should not grant in part and deny in part its motion (Doc #84) on the terms stated in plaintiffs' proposed order, (Doc #90-1).

**IT IS SO ORDERED**

*(signature)*

**VAUGHN R WALKER**
**United States District Chief Judge**