Richard A. Jones, SB #135248
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-7065
Facsimile: (415) 591-6091
E-Mail: rjones@cov.com

Attorney for Third Party
NATIONAL FOOTBALL LEAGUE.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No. C08-02820 VRW<br><br>[~~PROPOSED~~] **ORDER SEALING CONFIDENTIAL DOCUMENTS**<br><br>**[CIVIL L.R. 79-5]** |

1      Pursuant to Civil L.R. 79-5(d), Plaintiffs have filed an Administrative Motion to File
Under Seal certain documents attached as exhibits to their Notice of Motion and Motion for
Class Certification, including Plaintiffs' Exhibit 20. Exhibit 20 is a document produced by the
National Football League ("NFL"), a third party to this litigation, in response to a subpoena
served by Plaintiffs. The NFL has submitted a declaration in support of Plaintiffs' request to
file Exhibit 20 under seal ("Danias Declaration"), accompanied by a proposed redaction of
Exhibit 20. The Danias Declaration establishes that the redacted portions of Exhibit 20 contain
highly sensitive business information that, if disclosed, would damage current and future
business opportunities for both the NFL and those parties with whom it conducts business.

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

     A.     Pursuant to Civil L.R. 79-5(a), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in this Court, the following document is to be sealed:

> **An unredacted version of Exhibit 20 to Plaintiffs' Notice of Motion and Motion for Class Certification.**

     B.     A public version of Exhibit 20 may be filed in redacted form as set forth in the attachment to the Danias Declaration dated November 17, 2009.

**IT IS SO ORDERED**

**Dated:** Dec. 18, 2009



[PROPOSED] ORDER      Civil Action No. C08-02820 VRW