LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Tim.OMara@lw.com


Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>                    Defendant. | CASE NO. C 08-02820 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE: BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The parties hereto, through their respective counsel of record, hereby stipulate to the entry of the following Order regarding page limits applicable under the Local Rules in connection with plaintiffs' motion for class certification briefing:

WHEREAS plaintiffs filed their motion for class certification on November 9, 2009;

WHEREAS, pursuant to the Court's January 21, 2010 order, defendant's opposition to plaintiffs' motion for class certification is due on February 19, 2009, plaintiffs' reply in support of their motion for class certification is due on April 2, 2010, and oral argument is set for May 6, 2010 at 10:00 am;

WHEREAS on October 28, 2009 the parties stipulated to, and the Court subsequently granted on November 6, 2009, an extension of the page limits allowed by the Local Rules of this Court regarding plaintiffs' motion for class certification, granting plaintiffs 40 pages for their memorandum in support of their motion for class certification; defendant 40 pages for its memorandum in opposition to plaintiffs' motion for class certification; and plaintiffs 25 pages for their reply in support of their motion for class certification;

WHEREAS, given the nature and complexity of the class certification briefing, and plaintiffs' request for a nationwide class under federal and California state law, or in the alternative 20 state subclasses under the state antitrust statutes of the 20 different states, the defendant seeks an extension in page limits in order to fully address the class proposals;

WHEREAS plaintiffs do not oppose this request;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1. Defendant's opposition to plaintiffs' motion for class certification shall not exceed 50 pages in length; and

2. Plaintiffs' reply memorandum in support of their motion for class certification

\\\

1  shall not exceed 30 pages in length.

2  **IT IS SO STIPULATED.**

4  Dated: February 17, 2010         Respectfully Submitted,

5                                    LATHAM & WATKINS LLP
                                      Daniel M. Wall
6                                     Timothy L. O'Mara

8  By _____/s/ Timothy L. O'Mara_____
                                      Timothy L. O'Mara
                                      Attorneys for Defendant
9                                     ELECTRONIC ARTS INC.

10 Dated: February 17, 2010         Respectfully Submitted,

11                                   HAGENS BERMAN SOBOL SHAPIRO LLP
12                                    Shana Scarlett

13                                   THE PAYNTER LAW FIRM PLLC
14                                    Stuart M. Paynter

15 By _____/s/ Shana Scarlett_____
                                      Shana Scarlett
16                                    Attorneys for Plaintiffs
                                      G. PECOVER and J. LAWRENCE.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/5/2010

THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

**ELECTRONIC CASE FILING ATTESTATION**
(General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE: BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION pursuant to Civil Local Rule 7-12. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated: February 17, 2010

Respectfully submitted,

LATHAM & WATKINS LLP
 Daniel M. Wall
 Timothy L. O'Mara

By      /s/ Timothy L. O'Mara
 Timothy L. O'Mara
 Attorneys for Defendant
 ELECTRONIC ARTS INC.

SF\740141