IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v<br><br>ELECTRONIC ARTS INC, a Delaware Corporation,<br><br>    Defendant.<br>_____/ | No   C 08-2820 VRW<br><br>ORDER |

       On April 1, 2010, plaintiffs filed a redacted motion to exclude the opinions of defendants' expert, Jill Hamburger. Doc #130. In conjunction with their submission, plaintiffs provided the court with an unredacted copy under seal. At the court's request on August 4, 2010, plaintiffs furnished the court with a "duplicate" copy of the April 1 document submitted under seal. Upon inspection, however, the August 4 document appears to be different from its April 1 sibling. Contrast, for example, April 1 document at 1 ln 2-8 with August 4 document at 1 ln 2-7.

\\

In light of this apparent discrepancy, plaintiffs are ORDERED to submit to the court, on or before August 6, 2010 at 3:00 PM, a memorandum explaining the reason(s) for the apparent differences between the August 4 and April 1 under seal documents. Plaintiffs submission shall be accompanied by a red-line version of the April 1 document indicating all differences between it and its August 4 counterpart.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge